No. 98–725. GREASER v. MISSOURI DEPARTMENT OF CORRECTIONS ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–741. BIXLER v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 98–745. JOHNSON ET UX. v. INTERNAL REVENUE SERVICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–748. LESOON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–755. HADDAD v. VIRGINIA POLYTECHNIC INSTITUTE ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–768. PATTERSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–776. BAIRD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–782. NICHOLS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–785. MANKARIOUS ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–786. ZAKARIAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–804. CURRIER v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–813. ALEXANDER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5372. MARMOLEJO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5444. DURAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–5598. ROBERTS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.